TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-96-00052-CV







Edward Marc Payne, Appellant



v.



Lun Kui Liu, Appellee







FROM THE DISTRICT COURT OF BELL COUNTY, 169TH JUDICIAL DISTRICT


NO. 149,939-C, HONORABLE OLIVER KELLY, JUDGE PRESIDING







PER CURIAM



 Appellant Edward Marc Payne has filed a motion to dismiss this appeal. The
motion is granted. Tex. R. App. P. 59(a)(2).

 The appeal is dismissed.


Before Justices Powers, Jones and B. A. Smith

Dismissed on Appellant's Motion

Filed: March 13, 1996

Do Not Publish